UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH P. RUSSONIELLO,
    Plaintiff,

-vs-                                         Case No. 6:09-cv-301-Orl-18KRS

LABORATORY CORPORATION OF
AMERICA HOLDINGS,
    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motions to Proceed In Forma Pauperis (Doc. 2,4). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED** and the Motions are **DENIED**. If the required filing fee is not paid within eleven (11) days from the date of this order, the case will be dismissed.

It is **SO ORDERED** in Orlando, Florida, this 23 day of March, 2009.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Pro se Plaintiff